Clarence ENNIS, respt., v. Oliver M. SETCHELL, applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. The reversal is upon the ground that

the verdict. is excessive and against the weight of the evidence upon the question of damages. All concur, except Kruse, P. J., who dissents and votes for affirmance.